UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: URBONAS, ARVYDAS | § | Case No. 13-82754 |
| URBONIENE, DALIA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 07, 2013. The undersigned trustee was appointed on August 08, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $    21,847.06

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 110.58 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 8,367.65 |
   | Leaving a balance on hand of[1]    $ | 13,368.83 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/28/2014 and the deadline for filing governmental claims was 11/28/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,097.94. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,097.94, for a total compensation of $2,097.94.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/19/2014           By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 13-82754 | Trustee: | (330490) MEGAN G. HEEG |
|---|---|---|---|
| Case Name: | URBONAS, ARVYDAS | Filed (f) or Converted (c): | 08/07/13 (f) |
|  | URBONIENE, DALIA | §341(a) Meeting Date: | 09/13/13 |
| Period Ending: | 12/19/14 | Claims Bar Date: | 11/28/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on Hand<br>　Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: Cash on Hand; | 100.00 | 100.00 | | 100.00 | FA |
| 2 | BMO Harris Checking ( 1863)<br>　Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: BMO Harris Checking ( 1863); Imported from Amended Doc#: 52 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Fifth Third Bank Checking<br>　Orig. Asset Memo: (W); Orig. Description: Fifth Third Bank Checking; Imported from Amended Doc#: 52; Original asset description: Fifth Third Bank Checking (...4428) | 2,323.00 | 423.00 | | 423.00 | FA |
| 4 | BMO Harris Checking (...1596)<br>　Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: BMO Harris Checking (...1596); Imported from Amended Doc#: 52 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Chase Checking<br>　Orig. Asset Memo: (J); Orig. Description: Chase Checking; Imported from Amended Doc#: 52; Original asset description: Chase Checking (....9214) | 1,492.66 | 911.19 | | 911.19 | FA |
| 6 | Swed Bank, Vilnius Lithuania (...5872) (As of 8/<br>　Orig. Asset Memo: First disclosed on amended schedules filed 1/2/14.; Orig. Description: Swed Bank, Vilnius Lithuania (...5872)<br>(As of 8/7/2013, 6,339 Litas or $2,535.00)<br>(As of 11/22/2013, 7,520 Litas or $3,008.00); Imported from Amended Doc#: 52 | 2,535.00 | 2,535.00 | | 2,535.00 | FA |
| 7 | Necessary Household Goods and Furnishings<br>　Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: Necessary Household Goods and Furnishings; Imported from Amended Doc#: 52 | 2,500.00 | 0.00 | | 0.00 | FA |
| 8 | Necessary Wearing Apparel<br>　Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: Necessary Wearing Apparel; Imported from Amended Doc#: 52 | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry Wedding Bands | 500.00 | 0.00 | | 0.00 | FA |

Printed: 12/19/2014 01:59 PM　V.13.20

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 13-82754 | | Trustee: | (330490) MEGAN G. HEEG |
|---|---|---|---|---|
| Case Name: | URBONAS, ARVYDAS | | Filed (f) or Converted (c): | 08/07/13 (f) |
| | URBONIENE, DALIA | | §341(a) Meeting Date: | 09/13/13 |
| Period Ending: | 12/19/14 | | Claims Bar Date: | 11/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: Jewelry Wedding Bands; Imported from Amended Doc#: 52 | | | | | |
| 10  Penn Mutual Flexible Premium Face Value $250,000 Orig. Asset Memo: Imported from Amended Doc#: 33  (W); Orig. Description: Penn Mutual Flexible Premium Face Value $250,000.00; Imported from Amended Doc#: 52 | 9,055.00 | 0.00 | | 0.00 | FA |
| 11  Penn Mutual Flexible Premium Face Value $250,000 Orig. Asset Memo: Imported from Amended Doc#: 33  (H); Orig. Description: Penn Mutual Flexible Premium Face Value $250,000.00; Imported from Amended Doc#: 52 | 9,504.00 | 0.00 | | 0.00 | FA |
| 12  Lincoln National Life Insurance IRA Traditional Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: Lincoln National Life Insurance IRA Traditional; Imported from Amended Doc#: 52 | 19,220.75 | 0.00 | | 0.00 | FA |
| 13  Lincoln National Life Insurance IRA Traditional Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: Lincoln National Life Insurance IRA Traditional (H); Imported from Amended Doc#: 52 | 18,992.51 | 0.00 | | 0.00 | FA |
| 14  Illinois Medical License Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: Illinois Medical License; Imported from Amended Doc#: 52 | 0.00 | 0.00 | | 0.00 | FA |
| 15  2008 Jeep Grand Cherokee Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: 2008 Jeep Grand Cherokee; Imported from Amended Doc#: 52; Original lien amount: 9564.74 | 15,000.00 | 0.00 | | 0.00 | FA |
| 16  2001 Chrysler Sebring Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: 2001 Chrysler Sebring; Imported from Amended Doc#: 52 | 5,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 13-82754
Case Name: URBONAS, ARVYDAS
URBONIENE, DALIA
Period Ending: 12/19/14

Trustee: (330490)   MEGAN G. HEEG
Filed (f) or Converted (c): 08/07/13 (f)
§341(a) Meeting Date: 09/13/13
Claims Bar Date: 11/28/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Chase Savings (J) xxxx9498  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 2013 federal & state tax refund share  (u)<br>Orig. Asset Memo: Fed 17,733 & State 163; using pro-rated per day approach, amount for estate is 4,510.22 | 0.00 | 4,510.22 | | 4,510.00 | FA |
| 19 | PENSION PLANS AND PROFIT SHARING  (u)<br>Orig. Asset Memo: Wife's Illinois state pension (15,265.72 lump sum recieved 5/10/12 and monthly payments recived before and received threafter.; | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Fifth Third (...9878) (W)  (u)<br>Orig. Asset Memo: $50.00 in account on 8/7/13. Looks like closed sometime thereafter.; First disclosed Amended Doc #52 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Security deposit on 1501 E 35th Street, Sterling  (u)<br>Orig. Asset Memo:<br>Not originally scheduled; Orig. Description: Security deposit on 1501 E 35th Street, Sterling, IL 61081; Imported from Amended Doc#: 52 | 2,000.00 | 0.00 | | 0.00 | FA |
| 22 | Preference settlement  (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 22 | Assets    Totals (Excluding unknown values) | $88,522.92 | $13,479.41 | | $13,479.19 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):   April 15, 2015           Current Projected Date Of Final Report (TFR):   December 10, 2014 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 13-82754 | | Trustee: | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| Case Name: | URBONAS, ARVYDAS | | Bank Name: | Rabobank, N.A. |
| | URBONIENE, DALIA | | Account: | ******5666 - Checking Account |
| Taxpayer ID #: | **-***4863 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/19/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/20/14 | {6} | Arvydas Urbonas | partial turnover of assets 1, 3, 5, and 6 | 1229-000 | 2,000.00 | | 2,000.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,990.00 |
| 07/24/14 | | Dalia Urboniene | partial turnover of assets 1, 3, 5, and 6 | | 1,969.19 | | 3,959.19 |
| | {1} | | 100.00 | 1129-000 | | | 3,959.19 |
| | {3} | | 423.00 | 1129-000 | | | 3,959.19 |
| | {5} | | 911.19 | 1129-000 | | | 3,959.19 |
| | {6} | | 535.00 | 1229-000 | | | 3,959.19 |
| 07/30/14 | | United States Treasury | 2013 tax refund - division per 10/20/14 Court Order | | 17,877.87 | | 21,837.06 |
| | {18} | | 4,510.00 | 1224-000 | | | 21,837.06 |
| | {22} | | 5,000.00 | 1241-000 | | | 21,837.06 |
| | | | 8,367.87 | 1280-000 | | | 21,837.06 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 21,827.06 |
| 08/27/14 | 101 | URBONAS, ARVYDAS | post petition portion of Debtors' tax refund - per 10/20/14 Court Order | 8500-002 | | 8,367.65 | 13,459.41 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.34 | 13,429.07 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.00 | 13,406.07 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.92 | 13,386.15 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.32 | 13,368.83 |
| | | ACCOUNT TOTALS | | | 21,847.06 | 8,478.23 | $13,368.83 |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | Subtotal | | | 21,847.06 | 8,478.23 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $21,847.06 | $8,478.23 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ******5666 | 21,847.06 | 8,478.23 | 13,368.83 |
| | $21,847.06 | $8,478.23 | $13,368.83 |

{} Asset reference(s)                                                                                          Printed: 12/19/2014 01:59 PM    V.13.20

## Exhibit C CLAIMS PROPOSED DISTRIBUTION

### Case: 13-82754    URBONAS, ARVYDAS

| Case Balance: | $13,368.83 | Total Proposed Payment: | $13,368.83 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | TD Auto Finance | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,368.83 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 200.50 | 200.50 | 0.00 | 200.50 | 200.50 | 13,168.33 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 4,350.00 | 4,350.00 | 0.00 | 4,350.00 | 4,350.00 | 8,818.33 |
| | MEGAN G. HEEG <2100-00 Trustee Compensation> | Admin Ch. 7 | 2,097.94 | 2,097.94 | 0.00 | 2,097.94 | 2,097.94 | 6,720.39 |
| 2 | Department of Treasury | Priority | 3,523.57 | 3,523.57 | 0.00 | 3,523.57 | 3,523.57 | 3,196.82 |
| 1 | Quantum3 Group LLC as agent for | Unsecured | 605.18 | 605.18 | 0.00 | 605.18 | 352.75 | 2,844.07 |
| 3 | Capital One Bank (USA), N.A. | Unsecured | 995.78 | 995.78 | 0.00 | 995.78 | 580.41 | 2,263.66 |
| 4 | Capital One Bank (USA), N.A. | Unsecured | 3,883.62 | 3,883.62 | 0.00 | 3,883.62 | 2,263.66 | 0.00 |
| NOTFILED | Aurora Loan Services c/o Dutton & Dutton, P.C. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Aurora Loan Services c/o Dutton & Dutton, P.C. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Carson's | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Heart Rhythm Specialists SC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Macy's | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Macy's | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Macy's | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Macy's | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Nordstrom | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Nordstrom | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Professional Account Management Collection Services Division | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Professional Account Management Collection Services Division | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Exhibit C CLAIMS PROPOSED DISTRIBUTION

### Case: 13-82754    URBONAS, ARVYDAS

| Case Balance: | $13,368.83 | Total Proposed Payment: | $13,368.83 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Resurrection Medical Center | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Resurrection Medical Center | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | River Walk Townhouses Condo Assoc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | River Walk Townhouses Condo Assoc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rosemont Public Safety Department | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rosemont Public Safety Department | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Scott Lowery Law Office, P.C. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Scott Lowery Law Office, P.C. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Selene Finance Customer Service | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Selene Finance Customer Service | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Vijay H. Vohra and Muhammad Siddiqi | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total for Case 13-82754 :** | | **$15,656.59** | **$15,656.59** | **$0.00** | **$15,656.59** | **$13,368.83** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $6,648.44 | $6,648.44 | $0.00 | $6,648.44 | 100.000000% |
| Total Priority Claims : | $3,523.57 | $3,523.57 | $0.00 | $3,523.57 | 100.000000% |
| Total Secured Claims : | $0.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $5,484.58 | $5,484.58 | $0.00 | $3,196.82 | 58.287417% |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 13-82754
Case Name: URBONAS, ARVYDAS
Trustee Name: MEGAN G. HEEG

**Balance on hand:**   $ 13,368.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 13,368.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,097.94 | 0.00 | 2,097.94 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 4,350.00 | 0.00 | 4,350.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 200.50 | 0.00 | 200.50 |

Total to be paid for chapter 7 administration expenses:   $ 6,648.44
Remaining balance:   $ 6,720.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:   $ 6,720.39

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,523.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department of Treasury | 3,523.57 | 0.00 | 3,523.57 |

Total to be paid for priority claims:  $  3,523.57
Remaining balance:  $  3,196.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,484.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 605.18 | 0.00 | 352.75 |
| 3 | Capital One Bank (USA), N.A. | 995.78 | 0.00 | 580.41 |
| 4 | Capital One Bank (USA), N.A. | 3,883.62 | 0.00 | 2,263.66 |

Total to be paid for timely general unsecured claims:  $  3,196.82
Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

UST Form 101-7-TFR (05/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**