UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: URBONAS, ARVYDAS           §   Case No. 13-82754
       URBONIENE, DALIA           §
                                  §
                                  §
Debtor(s)                         §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 02/02/2015 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated:  12/19/2014        By:  /s/MEGAN G. HEEG
                                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: URBONAS, ARVYDAS | § | Case No. 13-82754 |
| URBONIENE, DALIA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 21,847.06 |
| and approved disbursements of | $ 8,478.23 |
| leaving a balance on hand of [1] | $ 13,368.83 |

**Balance on hand:**   $ 13,368.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 13,368.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,097.94 | 0.00 | 2,097.94 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 4,350.00 | 0.00 | 4,350.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 200.50 | 0.00 | 200.50 |

Total to be paid for chapter 7 administration expenses:   $ 6,648.44
Remaining balance:   $ 6,720.39

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $     6,720.39

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,523.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department of Treasury | 3,523.57 | 0.00 | 3,523.57 |

Total to be paid for priority claims:  $     3,523.57
Remaining balance:  $     3,196.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,484.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 605.18 | 0.00 | 352.75 |
| 3 | Capital One Bank (USA), N.A. | 995.78 | 0.00 | 580.41 |
| 4 | Capital One Bank (USA), N.A. | 3,883.62 | 0.00 | 2,263.66 |

Total to be paid for timely general unsecured claims:  $     3,196.82
Remaining balance:  $         0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Arvydas Urbonas
Dalia Urboniene
    Debtors

Case No. 13-82754-TML
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3     User: ldixon     Page 1 of 2     Date Rcvd: Dec 30, 2014
                Form ID: pdf006    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2015.

```
db/jdb         +Arvydas Urbonas,    Dalia Urboniene,    4279 Hilltop Road,    Long Grove, IL 60047-5078
20842457       +Aurora Loan Services,    c/o Dutton & Dutton, P.C.,    10325 W. Lincoln Highway,
                 Frankfort, IL 60423-1280
21383776       +CGH Medical Center,    101 E Miller Road,    Sterling IL 61081-1252
22450576        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
20842458        Capital One Bank (USA), N.A.,    PO Box 6492,    Carol Stream, IL 60197-6492
20842459        Carson's,   PO Box 659450,    San Antonio, TX 78265-9450
21170514       +Heart Rhythm Specialists SC,    7447 W Talcott,    Ste 466,    Chicago, IL 60631-3715
20842461        Macy's,   PO Box 183083,    Columbus, OH 43218-3083
21383777        Northwest Pulmonary Association,    7447 W Talcott Avenue,    Chicago IL 60631-3716
21383778       +Periodontics of Rockford Ltd,    1055 Featherstone Road,    Rockford IL 61107-5904
20842463        Professional Account Management,    Collection Services Division,    PO Box 391,
                 Milwaukee, WI 53201-0391
20842464       +Resurrection Medical Center,    7435 West Talcott Avenue,    Chicago, IL 60631-3746
20842465       +River Walk Townhouses Condo Assoc.,    c/o Michael E. Rutkowski,    760 N. Ogden #2200,
                 Chicago, IL 60642-8232
20842466        Rosemont Public Safety Department,    PO Box 457,    Wheeling, IL 60090-0457
20842467      #+Scott Lowery Law Office, P.C.,    1422 East 71st Street, Suite B,    Tulsa, OK 74136-5060
20842469       +TD Auto Finance,    P.O. Box 9001921,    Louisville, KY 40290-1921
20877507       +TD Auto Finance LLC f/k/a Chrysler Financial Servi,    Riezman Berger PC,
                 7700 Bonhomme Avenue 7th Floor,    St. Louis MO 63105-1960
21170515       +Vijay H. Vohra and Muhammad Siddiqi,    7447 W Talcott Ave,    Suite 222,
                 Chicago, IL 60631-3713
21383779        Wendy L Wells,    1840 1st Avenue,    Sterling IL 61081-1202
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
20842460        E-mail/Text: cio.bncmail@irs.gov Dec 31 2014 01:22:24     Department of Treasury,
                 Internal Revenue Service,    Stop 6692 AUSC,    Austin, TX 73301
20842462       +E-mail/Text: bnc@nordstrom.com Dec 31 2014 01:22:14     Nordstrom,   PO Box 6555,
                 Englewood, CO 80155-6555
22349223        E-mail/Text: bnc-quantum@quantum3group.com Dec 31 2014 01:22:49
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
20842468       +E-mail/Text: bankruptcy.notices@selenefinance.com Dec 31 2014 01:22:13     Selene Finance,
                 Customer Service,    PO Box 422039,    Houston, TX 77242-4239
                                                                                                TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2015                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2014 at the address(es) listed below:

```
          Ashley L Orler    on behalf of Defendant Dalia  Urboniene alorler@golanchristie.com,
           mperez@golanchristie.com
          Ashley L Orler    on behalf of Defendant Arvydas  Urbonas alorler@golanchristie.com,
           mperez@golanchristie.com
          Carole J. Ryczek    on behalf of Plaintiff Patrick S Layng carole.ryczek@usdoj.gov
          Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
          Kathryn A Klein    on behalf of Creditor    TD Auto Finance LLC f/k/a Chrysler Financial Services
           Americas, L.L.C. iln@riezmanberger.com
```

```
District/off: 0752-3          User: ldixon              Page 2 of 2              Date Rcvd: Dec 30, 2014
                              Form ID: pdf006          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Megan G Heeg   heeg@egblc.com, IL55@ecfcbis.com
          Megan G Heeg   on behalf of Trustee Megan G Heeg heeg@egblc.com, IL55@ecfcbis.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
          Robert R Benjamin   on behalf of Debtor Arvydas Urbonas rrbenjamin@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;kkussmann@golanchristie.com
          Robert R Benjamin   on behalf of Defendant Arvydas Urbonas rrbenjamin@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;kkussmann@golanchristie.com
          Robert R Benjamin   on behalf of Joint Debtor Dalia Urboniene rrbenjamin@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;kkussmann@golanchristie.com
          Robert R Benjamin   on behalf of Defendant Dalia Urboniene rrbenjamin@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;kkussmann@golanchristie.com

                                                                                                                            TOTAL: 12