# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: URBONAS, ARVYDAS § Case No. 13-82754
URBONIENE, DALIA §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $82,072.26 *(without deducting any secured claims)* | Assets Exempt: $67,472.26 |
| Total Distribution to Claimants: $6,720.39 | Claims Discharged Without Payment: $1,291,041.67 |
| Total Expenses of Administration: $6,759.02 | |

    3) Total gross receipts of $ 21,847.06 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 8,367.65 (see **Exhibit 2**), yielded net receipts of $13,479.41
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $13,587.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,759.02 | 6,759.02 | 6,759.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,385.00 | 3,523.57 | 3,523.57 | 3,523.57 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,299,275.89 | 5,484.58 | 5,484.58 | 3,196.82 |
| **TOTAL DISBURSEMENTS** | $1,316,247.89 | $15,767.17 | $15,767.17 | $13,479.41 |

  4)  This case was originally filed under Chapter 7 on August 07, 2013. The case was pending for 20 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2015          By: /s/MEGAN G. HEEG
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
|  | 1280-000 | 8,367.87 |
| Cash on Hand | 1129-000 | 100.00 |
| Fifth Third Bank Checking | 1129-000 | 423.00 |
| Chase Checking | 1129-000 | 911.19 |
| Swed Bank, Vilnius Lithuania (...5872) (As of 8/ | 1229-000 | 2,535.00 |
| 2013 federal & state tax refund share | 1224-000 | 4,510.00 |
| Preference settlement | 1241-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$21,847.06** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| URBONAS, ARVYDAS | post petition portion of Debtors' tax refund - per 10/20/14 Court Order | 8500-002 | 8,367.65 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$8,367.65** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | TD Auto Finance | 4110-000 | 13,587.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$13,587.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,097.94 | 2,097.94 | 2,097.94 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 4,350.00 | 4,350.00 | 4,350.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 200.50 | 200.50 | 200.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 30.34 | 30.34 | 30.34 |
| Rabobank, N.A. | 2600-000 | N/A | 23.00 | 23.00 | 23.00 |
| Rabobank, N.A. | 2600-000 | N/A | 19.92 | 19.92 | 19.92 |
| Rabobank, N.A. | 2600-000 | N/A | 17.32 | 17.32 | 17.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,759.02 | $6,759.02 | $6,759.02 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Department of Treasury | 5200-000 | 3,385.00 | 3,523.57 | 3,523.57 | 3,523.57 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,385.00 | $3,523.57 | $3,523.57 | $3,523.57 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | 605.18 | 605.18 | 605.18 | 352.75 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 1,991.56 | 995.78 | 995.78 | 580.41 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 7,925.24 | 3,883.62 | 3,883.62 | 2,263.66 |
| NOTFILED | River Walk Townhouses Condo Assoc. | 7100-000 | 2,220.00 | N/A | N/A | 0.00 |
| NOTFILED | Rosemont Public Safety Department | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Resurrection Medical Center | 7100-000 | 134,000.00 | N/A | N/A | 0.00 |
| NOTFILED | River Walk Townhouses Condo Assoc. | 7100-000 | 2,220.00 | N/A | N/A | 0.00 |
| NOTFILED | Rosemont Public Safety Department | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Selene Finance Customer Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Resurrection Medical Center | 7100-000 | 134,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Vijay H. Vohra and Muhammad Siddiqi | 7100-000 | 523.63 | N/A | N/A | 0.00 |
| NOTFILED | Selene Finance Customer Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Scott Lowery Law Office, P.C. | 7100-000 | 760.73 | N/A | N/A | 0.00 |
| NOTFILED | Scott Lowery Law Office, P.C. | 7100-000 | 760.73 | N/A | N/A | 0.00 |
| NOTFILED | Nordstrom | 7100-000 | 823.05 | N/A | N/A | 0.00 |
| NOTFILED | Professional Account Management Collection | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Loan Services c/o Dutton & Dutton, P.C. | 7100-000 | 502,168.66 | N/A | N/A | 0.00 |
| NOTFILED | Carson's | 7100-000 | 605.18 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Loan Services c/o Dutton & Dutton, P.C. | 7100-000 | 502,168.66 | N/A | N/A | 0.00 |
| NOTFILED | Heart Rhythm Specialists SC | 7100-000 | 832.84 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 971.79 | N/A | N/A | 0.00 |
| NOTFILED | Nordstrom | 7100-000 | 823.05 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 971.79 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 1,701.90 | N/A | N/A | 0.00 |
| NOTFILED | Professional Account Management Collection | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 1,701.90 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,299,275.89** | **$5,484.58** | **$5,484.58** | **$3,196.82** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-82754  
**Case Name:** URBONAS, ARVYDAS  
    URBONIENE, DALIA  
**Period Ending:** 04/15/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 08/07/13 (f)  
**§341(a) Meeting Date:** 09/13/13  
**Claims Bar Date:** 11/28/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Cash on Hand<br>    Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: Cash on Hand; | 100.00 | 100.00 | | 100.00 | FA |
| 2  BMO Harris Checking ( 1863)<br>    Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: BMO Harris Checking ( 1863); Imported from Amended Doc#: 52 | 0.00 | 0.00 | | 0.00 | FA |
| 3  Fifth Third Bank Checking<br>    Orig. Asset Memo: (W); Orig. Description: Fifth Third Bank Checking; Imported from Amended Doc#: 52; Original asset description: Fifth Third Bank Checking (...4428) | 2,323.00 | 423.00 | | 423.00 | FA |
| 4  BMO Harris Checking (...1596)<br>    Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: BMO Harris Checking (...1596); Imported from Amended Doc#: 52 | 0.00 | 0.00 | | 0.00 | FA |
| 5  Chase Checking<br>    Orig. Asset Memo: (J); Orig. Description: Chase Checking; Imported from Amended Doc#: 52; Original asset description: Chase Checking  (....9214) | 1,492.66 | 911.19 | | 911.19 | FA |
| 6  Swed Bank, Vilnius Lithuania (...5872) (As of 8/<br>    Orig. Asset Memo: First disclosed on amended schedules filed 1/2/14.; Orig. Description: Swed Bank, Vilnius Lithuania (...5872)<br>(As of 8/7/2013, 6,339 Litas or $2,535.00)<br>(As of 11/22/2013, 7,520 Litas or $3,008.00); Imported from Amended Doc#: 52 | 2,535.00 | 2,535.00 | | 2,535.00 | FA |
| 7  Necessary Household Goods and Furnishings<br>    Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: Necessary Household Goods and Furnishings; Imported from Amended Doc#: 52 | 2,500.00 | 0.00 | | 0.00 | FA |
| 8  Necessary Wearing Apparel<br>    Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: Necessary Wearing Apparel; Imported from Amended Doc#: 52 | 300.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-82754  
**Case Name:** URBONAS, ARVYDAS  
URBONIENE, DALIA  
**Period Ending:** 04/15/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 08/07/13 (f)  
**§341(a) Meeting Date:** 09/13/13  
**Claims Bar Date:** 11/28/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---:|---:|---|---:|---:|
| 9  Jewelry Wedding Bands<br>Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: Jewelry Wedding Bands; Imported from Amended Doc#: 52 | 500.00 | 0.00 | | 0.00 | FA |
| 10  Penn Mutual Flexible Premium Face Value $250,000<br>Orig. Asset Memo: Imported from Amended Doc#: 33 (W); Orig. Description: Penn Mutual Flexible Premium<br>Face Value $250,000.00; Imported from Amended Doc#: 52 | 9,055.00 | 0.00 | | 0.00 | FA |
| 11  Penn Mutual Flexible Premium Face Value $250,000<br>Orig. Asset Memo: Imported from Amended Doc#: 33 (H); Orig. Description: Penn Mutual Flexible Premium<br>Face Value $250,000.00; Imported from Amended Doc#: 52 | 9,504.00 | 0.00 | | 0.00 | FA |
| 12  Lincoln National Life Insurance IRA Traditional<br>Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: Lincoln National Life Insurance IRA Traditional; Imported from Amended Doc#: 52 | 19,220.75 | 0.00 | | 0.00 | FA |
| 13  Lincoln National Life Insurance IRA Traditional<br>Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: Lincoln National Life Insurance IRA Traditional (H); Imported from Amended Doc#: 52 | 18,992.51 | 0.00 | | 0.00 | FA |
| 14  Illinois Medical License<br>Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: Illinois Medical License; Imported from Amended Doc#: 52 | 0.00 | 0.00 | | 0.00 | FA |
| 15  2008 Jeep Grand Cherokee<br>Orig. Asset Memo: Imported from Amended Doc#: 33; Orig. Description: 2008 Jeep Grand Cherokee; Imported from Amended Doc#: 52; Original lien amount: 9564.74 | 15,000.00 | 0.00 | | 0.00 | FA |
| 16  2001 Chrysler Sebring<br>Orig. Asset Memo: Imported from Amended Doc#: | 5,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-82754  
**Case Name:** URBONAS, ARVYDAS  
　　　　　　　URBONIENE, DALIA  
**Period Ending:** 04/15/15

**Trustee:** (330490)　MEGAN G. HEEG  
**Filed (f) or Converted (c):** 08/07/13 (f)  
**§341(a) Meeting Date:** 09/13/13  
**Claims Bar Date:** 11/28/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | 33; Orig. Description: 2001 Chrysler Sebring; Imported from Amended Doc#: 52 | | | | | |
| 17 | Chase Savings (J) xxxx9498 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 2013 federal & state tax refund share (u)  Orig. Asset Memo: Fed 17,733 & State 163; using pro-rated per day approach, amount for estate is 4,510.22 | 0.00 | 4,510.22 | | 4,510.00 | FA |
| 19 | PENSION PLANS AND PROFIT SHARING (u)  Orig. Asset Memo: Wife's Illinois state pension (15,265.72 lump sum recieved 5/10/12 and monthly payments recived before and received threafter.; | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Fifth Third (...9878) (W) (u)  Orig. Asset Memo: $50.00 in account on 8/7/13. Looks like closed sometime thereafter.; First disclosed Amended Doc #52 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Security deposit on 1501 E 35th Street, Sterling (u)  Orig. Asset Memo:  Not originally scheduled; Orig. Description: Security deposit on 1501 E 35th Street, Sterling, IL 61081; Imported from Amended Doc#: 52 | 2,000.00 | 0.00 | | 0.00 | FA |
| 22 | Preference settlement (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| **22** | **Assets   Totals** (Excluding unknown values) | **$88,522.92** | **$13,479.41** | | **$13,479.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　April 15, 2015　　　**Current Projected Date Of Final Report (TFR):**　December 10, 2014 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-82754  
**Case Name:** URBONAS, ARVYDAS  
URBONIENE, DALIA  
**Taxpayer ID #:** **-***4863  
**Period Ending:** 04/15/15  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5666 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/20/14 | {6} | Arvydas Urbonas | partial turnover of assets 1, 3, 5, and 6 | 1229-000 | 2,000.00 | | 2,000.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,990.00 |
| 07/24/14 | | Dalia Urboniene | partial turnover of assets 1, 3, 5, and 6 | | 1,969.19 | | 3,959.19 |
| | {1} | | 100.00 | 1129-000 | | | 3,959.19 |
| | {3} | | 423.00 | 1129-000 | | | 3,959.19 |
| | {5} | | 911.19 | 1129-000 | | | 3,959.19 |
| | {6} | | 535.00 | 1229-000 | | | 3,959.19 |
| 07/30/14 | | United States Treasury | 2013 tax refund - division per 10/20/14 Court Order | | 17,877.87 | | 21,837.06 |
| | {18} | | 4,510.00 | 1224-000 | | | 21,837.06 |
| | {22} | | 5,000.00 | 1241-000 | | | 21,837.06 |
| | | | 8,367.87 | 1280-000 | | | 21,837.06 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 21,827.06 |
| 08/27/14 | 101 | URBONAS, ARVYDAS | post petition portion of Debtors' tax refund - per 10/20/14 Court Order | 8500-002 | | 8,367.65 | 13,459.41 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.34 | 13,429.07 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.00 | 13,406.07 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.92 | 13,386.15 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.32 | 13,368.83 |
| 02/10/15 | 102 | MEGAN G. HEEG | Dividend paid 100.00% on $2,097.94, Trustee Compensation;  Reference: | 2100-000 | | 2,097.94 | 11,270.89 |
| 02/10/15 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $4,350.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,350.00 | 6,920.89 |
| 02/10/15 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $200.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 200.50 | 6,720.39 |
| 02/10/15 | 105 | Department of Treasury | Dividend paid 100.00% on $3,523.57; Claim# 2; Filed: $3,523.57; Reference: | 5200-000 | | 3,523.57 | 3,196.82 |
| 02/10/15 | 106 | Quantum3 Group LLC as agent for | Dividend paid 58.28% on $605.18; Claim# 1; Filed: $605.18; Reference: 2117120000717076 | 7100-000 | | 352.75 | 2,844.07 |
| 02/10/15 | 107 | Capital One Bank (USA), N.A. | Dividend paid 58.28% on $995.78; Claim# 3; Filed: $995.78; Reference: 5155-9700-5531-7826 | 7100-000 | | 580.41 | 2,263.66 |
| 02/10/15 | 108 | Capital One Bank (USA), N.A. | Dividend paid 58.28% on $3,883.62; Claim# 4; Filed: $3,883.62; Reference: 5178-0588-6480-4821 | 7100-000 | | 2,263.66 | 0.00 |

Subtotals :   $21,847.06   $21,847.06

{} Asset reference(s)

Printed: 04/15/2015 08:50 AM   V.13.21

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 13-82754 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | URBONAS, ARVYDAS | | **Bank Name:** | Rabobank, N.A. |
| | URBONIENE, DALIA | | **Account:** | ******5666 - Checking Account |
| **Taxpayer ID #:** | **-***4863 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 04/15/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 21,847.06 | 21,847.06 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 21,847.06 | 21,847.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $21,847.06 | $21,847.06 | |

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | Checking # ******5666 | 21,847.06 | 21,847.06 | 0.00 |
| | | $21,847.06 | $21,847.06 | $0.00 |

{} Asset reference(s)                                                                                                             Printed: 04/15/2015 08:50 AM    V.13.21